**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| KNOSSOS GLOBAL SYSTEMS, LLC | § | |
| | § | |
| *Plaintiff* | § | |
| | § | CIVIL ACTION NO. 2:25-cv-01177-JRG-RSP |
| v. | § | |
| | § | |
| BLACKBERRY LIMITED, | § | **JURY TRIAL DEMANDED** |
| | § | |
| *Defendant.* | § | |
| | § | |

**ORDER GRANTING DEFENDANT BLACKBERRY LIMITED'S MOTION TO DISMISS SECOND AMENDED COMPLAINT**

Before the Court is Defendant BlackBerry Limited's Rule 12(b)(6) Motion to Dismiss for Failure to State a Claim (the "Motion"). Having heard the Motion and all briefing, and for good cause shown, the Court finds that the Motion should be and hereby is GRANTED. The Court hereby DISMISSES WITH PREJUDICE Plaintiff's Second Amended Complaint for Patent Infringement.

It is so ORDERED.